IH-32                                                                                                      Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

HALE KNOX, individually, and on behalf of
himself and those similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-05093-VEC |
| CHOBANI, LLC, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

DANONE US, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-05037- JGK |
| CHOBANI, LLC | |
| Defendant | |

IH-32                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                   dismissal, settlement, court decision.  Also, state whether there is an appeal
                   pending.)

☑  Open            (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case was commenced on June 15, 2026. To date, there has been no responsive pleading filed or any court rulings.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases involve substantially overlapping parties (same defendant), common factual allegations regarding the subject product, 32-ounce Chobani "20G Protein" yogurt, the amount of protein in the subject product, and many of the same legal and factual issues including causes of action arising under NY General Business Law Sections 349 and 350.

Resolution of both actions will likely require consideration of the same documents, witnesses, and underlying business relationships.

Assignment of both actions to the same District Judge would promote judicial economy, avoid inconsistent rulings, and conserve the resources of the Court and the parties.

Plaintiff therefore respectfully submits that this matter should be treated as related to Danone v Chobani, Case No. 1:26-cv-05037, for purposes of case assignment.

Signature:  /s/ Jason P. Sultzer                     Date: 6/26/2026

Firm:  Sultzer & Lipari, PLLC
       85 Civic Center Plaza, Suite 200
       Poughkeepsie, NY 12601