UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HALE KNOX, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CHOBANI, LLC,

Defendant.

Case No. 1:26-cv-05093-JGK

**/s/ John G. Koeltl, U.S.D.J.**
**August 19, 2026**

YOLANDA PITRE and MIKAELA KINDERMAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CHOBANI, LLC,

Defendant.

Case No. 1:26-cv-05759-JGK

JANA RABINOWITZ, on behalf of herself and all others similarly situated,

Plaintiff,

v.

CHOBANI, LLC,

Defendant.

Case No. 1:26-cv-06621-JGK

**~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS**

Pursuant to Federal Rule of Civil Procedure 42(a), IT IS HEREBY ORDERED THAT:

1. The Court finds that consolidation of *Knox v. Chobani, LLC*, No. 1:26-cv-05093 (JGK), *Pitre v. Chobani, LLC*, No. 1:26-cv-05759 (JGK), and *Rabinowitz v. Chobani, LLC*, No. 1:26-cv-06621 (JGK) is appropriate and warranted because the efficiencies gained through

consolidation outweigh any countervailing risk of prejudice, delay, or confusion. *See Devlin v. Transp. Commc'ns Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999).

2. *Knox v. Chobani, LLC*, No. 1:26-cv-05093 (JGK), *Pitre v. Chobani, LLC*, No. 1:26-cv-05759 (JGK), and *Rabinowitz v. Chobani, LLC*, No. 1:26-cv-06621 (JGK) are consolidated for all purposes.

3. All further filings pertaining to either the consolidated action or any of these actions individually shall be captioned *In re Chobani Serving Size Litigation* and docketed in the lead action.

4. Plaintiffs are directed to file a consolidated amended complaint within 30 days of the date of entry of this order.

5. Chobani's current response deadlines in *Knox v. Chobani, LLC*, No. 1:26-cv-05093 (JGK), *Pitre v. Chobani, LLC*, No. 1:26-cv-05759 (JGK), and *Rabinowitz v. Chobani, LLC*, No. 1:26-cv-06621 (JGK) are vacated.

6. Chobani shall respond to Plaintiffs' consolidated amended complaint within 45 days after it is filed.

Dated: _______, 2026

By: ___________________________________
HON. JOHN G. KOELTL
United States District Court Judge