UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHOBANI SERVING SIZE LITIGATION | Case No. 1:26-cv-05093-JGK |
| JAMIE LOMBARDO and ALEXANDER MERCADO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOBANI, LLC,<br><br>Defendant. | Case No. 1:26-cv-07408-JGK |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS**

Pursuant to Federal Rule of Civil Procedure 42(a), IT IS HEREBY ORDERED THAT:

1. The Court finds that consolidation of *In re Chobani Serving Size Litigation*, No. 1:26-cv-05093 (JGK), and *Lombardo v. Chobani, LLC*, No. 1:26-cv-07408 (JGK), is appropriate and warranted because the efficiencies gained through consolidation outweigh any countervailing risk of prejudice, delay, or confusion. *See Devlin v. Transp. Commc'ns Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999).

2. *In re Chobani Serving Size Litigation*, No. 1:26-cv-05093 (JGK), and *Lombardo v. Chobani, LLC*, No. 1:26-cv-07408 (JGK), are consolidated for all purposes.

3. All further filings pertaining to *Lombardo v. Chobani, LLC* shall be captioned *In re Chobani Serving Size Litigation* and docketed in the lead action.

Dated: 9/17, 2026

By: ______________________
HON. JOHN G. KOELTL
United States District Court Judge