UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALE KNOX, ET AL.,

Plaintiffs,

- against -

CHOBANI, LLC,

Defendant.

26-cv-5093 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a pre-motion conference in connection with the defendant's contemplated motion to dismiss on **Tuesday, November 10, 2026, at 4:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** New York, New York
November 4, 2026

John G. Koeltl
United States District Judge