UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALE KNOX, ET AL,

Plaintiffs,

- against -

CHOBANI, LLC,

Defendant.

26-cv-5093 (JGK)

Order

John G. Koeltl, District Judge:

As discussed at the telephone conference today, the plaintiffs may file an amended complaint or send a letter notifying the Court that no amended complaint will be filed by **November 13, 2026**. The defendant may answer or move to dismiss the operative complaint by **December 23, 2026**. If the defendant so moves, the plaintiffs may respond by **January 29, 2027**. The defendant may reply by **February 11, 2027**.

SO ORDERED.

Dated: New York, New York
November 10, 2026

John G. Koeltl
United States District Judge